# **EXHIBIT A**

**ARNOLD LAW FIRM**

865 Howe Avenue, Sacramento, CA 95825
6200 Canoga Avenue, Suite 375, Woodland Hills, CA 91367
P: 916-777-7777 | F: 916-924-1829 | justice4you.com

CLAYEO C. ARNOLD
ANTHONY M. ONTIVEROS
JOHN T. STRALEN*
*The Board-Certified Civil
Trial Advocate by the
National Board of Trial
Advocacy

M. ANDERSON BERRY
JOSHUA H. WATSON
ANDREW G. MINNEY
GREGORY HAROUTUNIAN
JEFFREY J.A. HINRICHSEN
BRANDON P. JACK
GINA M. BOWDEN**
**Of Counsel

CLASS ACTION
QUI TAM
DATA BREACH
PERSONAL INJURY
WRONGFUL DEATH
EMPLOYMENT LAW
PRODUCT LIABILITY

June 5, 2023

9489 0090 0027 6476 4607 95

**VIA CERTIFIED MAIL**

SLT Lending SPV, Inc. DBA Sur La Table
6100 4th Avenue South, Suite 500
Seattle, WA 98108

RE:   **Statutory 30 Day Notice of Claim – Cal. Civil Code 1798.100, *et seq*.**

This letter constitutes notice under the California Consumer Privacy Act ("CCPA"), California Civil Code section 1798.100, *et seq*. Pursuant to Civil Code section 1798.150(b), we are hereby notifying Sur La Table, that it has violated the CCPA, and we demand that, to the extent any cure exists, Sur La Table "actually cures" such violation within thirty (30) calendar days from the date of this letter.

Our client, Jamelah Elder, a resident of Menifee, California, received a Notice of Data Breach from Sur La Table dated May 24, 2023, stating that her personally identifiable information ("PII") was accessed and no longer secure. The PII exposed includes, at least, her name, driver's license number or state identification number, and/or medical or health information. *See* CCPA § 1798.81.5(d)(1).

Please be advised that the failure to prevent Ms. Elder's and other California residents' nonencrypted and nonredacted PII from unauthorized access and exfiltration, theft, or disclosure, is a result of Sur La Table's failure to meet its duty to implement and maintain reasonable security procedures and practices, which is a violation of Civil Code §§ 1798.81.5 and 1798.150. These failures include the lack of adequate encryption to sufficiently maintain California residents' PII and to protect this PII from being accessed by third parties without authorization.

To the extent there is any possible cure, we request that Sur La Table cure this violation which exposed Ms. Elder's PII and provide an express written statement that the violations have been cured and that no further violations will occur. A cure, if possible, would require Sur La Table to, for example, recover all of the stolen PII and eliminate any future risk that Ms. Elder's stolen PII is misused.

A failure to comply with this request within thirty (30) calendar days will subject Sur La Table to statutory damages on an individual and/or class-wide basis.

Sur La Table
June 5, 2023
Page 2

Thank you for your time and cooperation.

Very truly yours,

M. Anderson Berry, Esq.
aberry@justice4you.com
(916) 239-4778

MAB:lm