# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| BRIAN BAKER, LUANN PETRULAKIS, and JAMELAH ELDER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SLT LENDING, SPV, INC. d/b/a SUR LA TABLE,<br><br>    Defendant. | CIVIL ACTION NO. 2:23-cv-00190<br><br>JUDGE PHILIP P. SIMON<br><br>MAGISTRATE JUDGE JOSHUA P. KOLAR |

## JOINT MOTION TO SCHEDULE SETTLEMENT CONFERENCE

Plaintiffs Brian Baker, Luann Petrulakis, and Jamelah Elder ("Plaintiffs") and Defendant SLT Lending SPV, Inc. d/b/a Sur La Table ("SLT," together with Plaintiffs, the "Parties"), respectfully move this Court for an order scheduling a settlement conference with the Hon. Magistrate Judge Joshua P. Kolar. In support, the Parties state as follows:

1. The Parties have been engaged in early settlement discussions and wish to schedule a court-supervised settlement conference to aid their discussions.

2. Therefore, the Parties respectfully ask the Court to schedule a settlement conference.

3. The Parties submit a proposed Order for the Court's consideration.

WHEREFORE, for the foregoing reasons, the Parties respectfully requests that the Court schedule a settlement conference at the earliest convenient date for the Court.

Dated: November 21, 2023

*Respectfully submitted by:*

<u>/s/ Christopher A. Wiech</u>
Christopher A. Wiech
(*admitted pro hac vice*)
Chelsea M. Lamb
(*admitted pro hac vice*)
Baker & Hostetler LLP
1170 Peachtree St. NE, Suite 2400
Atlanta, GA 30309
Telephone: 404.459.0050
Facsimile: 404.459.5734
clamb@bakerlaw.com
cwiech@bakerlaw.com

Bonnie Keane Del Gobbo
Illinois Bar No. 6309394
Baker & Hostetler LLP
One North Wacker Drive, Suite 4500
Chicago, IL 60606-2841
Telephone: 312.416.6200
Facsimile: 312.416.6201
bdelgobbo@bakerlaw.com

*Attorneys for Defendant*

*Consented to by:*

<u>/s/ M. Anderson Berry</u>
M. Anderson Berry
Clayeo C. Arnold A Professional Corporation
865 Howe Avenue
Sacramento, CA 95825
Telephone: 916.239.4778
Fax: 916.924.1829
aberry@justice4you.com

Gary M. Klinger
Milberg Coleman Bryson Phillips Grossman PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: 866.252.0878
gklinger@milberg.com

Kathleen A. Delaney
Delaney & Delaney LLC
3646 North Washington Blvd.
Indianapolis, IN 46205
Telephone: 317.920.0400
kathleen@delaneylaw.com

Mason Barney
Tyler Bean
Siri & Glimstad LLP
745 Fifth Avenue, Suite 500
New York, NY 10151

       Telephone: 212.532.1091
       tbean@sirillp.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2023, a true and correct copy of the foregoing document was served via ECF on all counsel of record.

*/s/ Christopher A. Wiech*
Christopher A. Wiech