# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| BRIAN BAKER, *ET AL.*, individually, and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    vs.<br><br>SLT LENDING SPV, INC. d/b/a SUR LA TABLE,<br><br>            Defendant. | CASE NO. 2:23-CV-00190-GSL-AZ |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Brian Baker, Luann Petrulakis, and Jamelah Elder ("Plaintiffs") and Defendant SLT Lending SPV, Inc. d/b/a Sur La Table ("SLT") (collectively, the "Parties"), by and through their respective counsel, hereby submit this Joint Notice of Settlement.

The parties have reached a settlement agreement in principle as to all claims asserted in this matter on a class wide basis. The Parties are currently drafting the settlement papers and anticipate filing a motion for preliminary approval, along with supporting documentation, within approximately 90 days.

Accordingly, the Parties respectfully request that all upcoming case deadlines be stayed while they finalize their settlement papers. In addition, in light of the Parties' class settlement in principle and forthcoming proposed settlement agreement, the Parties respectfully request that the Court cancel the hearing on SLT's motion to dismiss, which is currently scheduled for September 17, 2024 (Dkt. No. 50).

Respectfully submitted, this 3rd day of September, 2024.

| | |
|---|---|
| **CLAYEO C. ARNOLD**<br>**A PROFESSIONAL CORPORATION** | **BAKER & HOSTETLER LLP** |

*/s/ M. Anderson Berry*　　　　　　　　　　*/s/ Christopher A. Wiech*

M. Anderson Berry                                By: /s/ Christopher A. Wiech
865 Howe Avenue                              Christopher A. Wiech
Sacramento, CA 95825                      Georgia Bar No. 757333
Telephone: (916) 239-4778              (Admitted Pro Hac Vice)
Facsimile: (916) 924-1829                Chelsea M. Lamb
aberry@justice4you.com                   Georgia Bar No. 524879
                                                              (Admitted Pro Hac Vice)
Gary M. Klinger                                  1170 Peachtree Street, Suite 2400
**MILBERG COLEMAN BRYSON**     Atlanta, GA 30309-7676
**PHILLIPS GROSSMAN, PLLC**       Telephone: (404) 256-6694
227 W. Monroe Street, Suite 2100    Facsimile: (404) 459-5734
Chicago, IL 60606                              cwiech@bakerlaw.com
Telephone: (866) 252-0878              clamb@bakerlaw.com
gklinger@milberg.com

                                                              Bonnie Keane Del Gobbo
Kathleen A. Delaney (#18604-49)    Illinois Bar No. 6309394
**DELANEY & DELANEY LLC**         One North Wacker Drive, Suite 4500
3646 North Washington Blvd.         Chicago, IL 60606-2841
Indianapolis, IN 46205                      Telephone: 312.416.6200
Telephone: (317) 920-0400              Facsimile: 312.416.6201
kathleen@delaneylaw.com              bdelgobbo@bakerlaw.com

Mason Barney                                    *Attorneys for Defendant*
Tyler Bean
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: 212.532.1091
tbean@sirillp.com


*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2024, a true and correct copy of the foregoing document was served via ECF on all counsel of record.

*/s/ Christopher A. Wiech*
Christopher A. Wiech
