# EXHIBIT 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| BRIAN BAKER, *ET AL.*, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>SLT LENDING SPV, INC. d/b/a SUR LA TABLE,<br><br>    Defendant. | Case No.: 2:23-cv-00190-GSL-AZ |

### DECLARATION OF GARY M. KLINGER IN SUPPORT OF
### PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF
### CLASS ACTION SETTLEMENT

I, Gary M. Klinger being competent to testify, make the following declaration:

1. I am counsel for Plaintiffs and for the proposed Settlement Class.[1] I submit this declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement ("Motion for Preliminary Approval"). Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so. A true and correct copy of the Settlement Agreement is attached to the Motion for Preliminary Approval as **Exhibit 1.**

### Counsel Qualifications

2. I am a Senior Partner at the international plaintiffs' class action law firm Milberg. Since Milberg's founding in 1965, it has repeatedly taken the lead in landmark cases that have set groundbreaking legal precedents, prompted changes in corporate governance, and

---

[1] Unless otherwise noted, capitalized terms have the meaning ascribed to them in the Settlement Agreement and Release ("Settlement Agreement" or "SA").

recovered over $50 billion in verdicts and settlements.[2] Milberg has been instrumental in obtaining precedent setting decisions at every level, including at the U.S. Supreme Court.[3] The firm pioneered federal class action litigation and is widely recognized as a leader in defending the rights of victims of corporate and other large-scale wrongdoing.  Milberg has more than 100 attorneys and has offices across the U.S. and the European Union.

3.  As a Senior Partner at Milberg, I have extensive experience serving as lead or co-lead counsel in numerous privacy class actions.  My privacy practice includes: data breaches, ransomware attacks, unlawful collection and/or disclosure of personal information, and violations of privacy statutes and/or laws, such as the Illinois Biometric Information Privacy Act ("BIPA"), Illinois Genetic Information Privacy Act, California Consumer Privacy Act, California Medical Information Act, Telephone Consumer Protection Act, and General Data Protection Regulation.

4.  I have been recognized publicly as a "trail blazer" in the privacy space. I led the way in bringing privacy class actions arising from the use of tracking technologies such as the "Meta Pixel." I filed the first-ever privacy case in the healthcare setting for unlawful disclosure of private health information (*Quinto v. The Regents of the University of California*, Case No. 22-cv-012970). In the wake of the *Quinto* lawsuit, the Department of Health and Human Services (DHHS) issued a bulletin on the requirements under HIPAA for online tracking technologies providing that "[r]egulated entities are not permitted to use tracking technologies in a manner that would result in impermissible disclosures of ePHI

---

[2] *See, e.g., In re Tyco Int'l Ltd., Securities Litig.*, MDL 1335 (D. N.H.) (serving as lead counsel and obtaining approval of $3.2 billion settlement); *In re Prudential Ins. Co. Sales Practice Litig.*, No. 95-4704 (D. N.J.) (serving as lead counsel and recovering more than $4 billion for policyholders); *see also* https://milberg.com/outstanding-recoveries/.
[3] *See* https://milberg.com/precedent-setting-decisions/page/3/.

to tracking technology vendors or any other violations of the HIPAA Rules." Since my *Quinto* lawsuit, dozens of similar lawsuits have been filed against healthcare providers by plaintiffs' class action firms across the country, numerous investigative articles have been published, and Congress even opened an inquiry into the issue.

5. I also led the way bringing similar lawsuits in connection with the use of tracking technologies under the Video Privacy Protection Act ("VPPA") (*Harris v. Pub. Broad. Serv.*, 662 F. Supp. 3d 1327, 1329; *Belozerov v. Gannett Co.*, 2022 WL 17832185). My work in developing favorable case law paved the way for dozens of similar lawsuits across country.

6. I also represent consumers in class actions and mass arbitration for claims involving false advertising, defective products, consumer fraud, violations of antitrust laws, and other torts.

7. I have been appointed by state and federal courts to act as Class Counsel for millions of consumers and recovered hundreds of millions of dollars for consumers throughout the country. Presently, I am lead or co-lead counsel in more than thirty (30) active class action lawsuits pending in state and federal courts across the country.

8. I was recognized as one of the 2024 Lawdragon 500 Leading Litigators in America. I also was recognized in 2024 by Chambers as one of the leading attorneys in the United States for Privacy and Data Security Litigation.

9. I am a Certified Information Privacy Professional (CIPP/US) and a member of the International Association of Privacy Professionals. I am also presently pursuing my Masters of Laws (LLM) in Data Privacy and Cybersecurity from the University of Southern California Gould School of Law.

10. I have settled on a class-wide basis more than sixty class actions involving privacy violations where I served as lead or co-lead counsel and recovered hundreds of millions of dollars in the process. I am presently litigating more than one hundred class action cases across the country involving privacy violations.

11. For example, in *Parris, et al v. Meta Platforms, Inc.*, Case No. 2023LA000672 (Ill. 18th Jud. Cir. Ct., DuPage Cnty.), I negotiated and won final approval for a $64.25 million settlement on behalf of Illinois Instagram users for biometric privacy claims. This landmark settlement is the third largest biometric privacy settlement in U.S. history.

12. In *Carrera Aguallo v. Kemper Corp.*, Case No. 1:21-cv-01883 (N.D. Ill. Oct. 27, 2021), I, as appointed co-lead counsel, obtained final approval of a $17.6 million dollar settlement to resolve data breach class action claims against Kemper Corporation in a case involving more than six million class members.

13. I also obtained final approval for a class-wide settlement for $11 million for a major privacy class action involving more than four million consumers. *See Heath v. Insurance Techs. Corp.*, No. 21-cv-01444 (N.D. Tex.).

14. I was also appointed Co-Lead Counsel in the privacy case styled, *In re: Herff Jones Data Breach Litigation*, Master File No. 1:21-cv-1329-TWP-DLP (S.D. Ind.), which involves approximately one million class members and settled on a class-wide basis for $4.35 million.

15. I also served as co-lead counsel in the consolidated privacy litigation styled, *In Re: CaptureRx Data Breach Litigation*, No. 5:21-cv-00523-OLG (W.D. Tex.), which involves more than 2.4 million class members and settled on a class-wide basis for $4.75 million.

16. I also currently serve as appointed co-lead counsel to represent more than three million class members in another major privacy class action in the Seventh Circuit. *See In re Arthur J. Gallagher Data Breach Litig.*, No. 1:21-cv-04056 (N.D. Ill.).

17. It is noteworthy that, just in the time since 2020 through the present, I (either individually, or as a member of the law firms in which I have been a partner during that timeframe) have been appointed class counsel in over 100 data breach and/or data privacy cases, including, but not limited to the matters listed in the attached **Exhibit A**.

18. I have successfully litigated privacy class actions through class certification. *In Karpilovsky v. All Web Leads, Inc.,* No. 17 C 1307, 2018 WL 3108884, at *1 (N.D. Ill. June 25, 2018), where I certified, over objection, a nationwide privacy class action involving more than one million class members.

19. In a recent nationwide privacy class settlement hearing in the U.S. District Court for the Northern District of California, Judge Richard Seeborg personally commended me for having achieved "quite a substantial recovery for class members." Judge Seeborg further stated he could not recall any class action case where "the amounts going to each class member were as substantial" as that obtained by me (and my co-counsel).

20. In addition to concentrating my practice on class action litigation involving consumer, privacy, and product liability matters, I also make substantial efforts to stay apprised of the current law on these issues. In recent years, I have attended various legal training seminars and conferences, such as the dri™ conference for Class Actions, The Consumer Rights Litigation Conference and Class Action Symposium, as well as attending various seminars offered by Strafford on class action issues.

21. I am also a member of the International Association of Privacy Professionals and a Certified Information Privacy Professional (CIPP/US).

22. I graduated from the University of Illinois at Urbana-Champaign in 2007 (B.A. Economics), and from the University of Illinois College of Law in 2010 (J.D., cum laude). While at the U of I College of Law, I was a member of, and ultimately appointed as the Executive Editor for the Illinois Business Law Journal. My published work includes: *The U.S. Financial Crisis: Is Legislative Action the Right Approach?,* Ill. Bus. L. J. (Mar. 2, 2009).

23. I am presently pursuing my Master of Laws (LLM) in Data Privacy and Cybersecurity from the University of Southern California Gould School of Law.

24. I became licensed to practice law in the State of Illinois in 2010 and am a member of the Trial Bar for the Northern District of Illinois, as well as the U.S. Bankruptcy Court for the Northern District of Illinois. Additionally, I am admitted to practice in federal courts across the country, including, but not limited to, the U.S. District Courts for the District of Colorado, the Central District of Illinois, the Northern District of Illinois, Northern District of Indiana, Southern District of Indiana, Eastern District of Michigan, Eastern District of Texas, and the Eastern District of Wisconsin.

25. My years of experience representing individuals in complex class actions— including data breach actions—contributed to an awareness of Plaintiffs' settlement leverage, as well as the needs of Plaintiffs and the proposed Settlement Class. I believe that our clients would ultimately prevail in the litigation on a class-wide basis. However, I am also aware that a successful outcome is uncertain and would be achieved, if at all, only after prolonged, arduous litigation with the attendant risk of drawn-out appeals.

26. In the sections that follow, I will detail the hard-fought negotiations that resulted in the Agreement now before the Court for preliminary approval. As described below, the Settlement provides significant relief to Members of the Settlement Classes, and I strongly believe that it is favorable for the Settlement Class. It is, in the opinion of the undersigned, fair, reasonable, adequate, and in the best interests of the Settlement Class Members and is worthy of preliminary approval.

## The Class Settlement

### *History of Negotiations*

27. On May 6, 2024, Defendant filed a Motion to Dismiss the Complaint, which has been fully briefed and is currently pending in this Court. ECF NO. 44. Before the Court ruled on the Motion to Dismiss, the Parties determined that settlement negotiations may be prudent in this matter.

28. The settlement came about as the result of months of protracted arm's-length negotiations. At the outset of their investigation, Settlement Class Counsel conducted extensive research regarding Plaintiffs' claims, Defendant, and the Data Incident. The Parties entered into the settlement only after both sides were fully apprised of the facts, risks, and obstacles involved with protracted litigation.

29. The Parties spent months negotiating the material terms of the Settlement, and then several additional months working out the finer points and finalizing the Settlement Agreement.

30. At the outset of their investigation, Settlement Class Counsel conducted extensive research regarding Plaintiffs' claims, Defendant, and the Data Incident. Plaintiffs propounded informal discovery requests and the Parties exchanged documents and information sufficient for

Proposed Class Counsel to evaluate the claims, damages, assess any proposed settlement offers, and make appropriate demands. Despite the somewhat early stage of litigation, the Parties engaged in an exchange of information, and Plaintiff's Counsel thoroughly investigated the facts and law relating to the allegations and defenses in the lawsuit, which allowed Plaintiffs to access the strengths and weaknesses of the case.

31.    While the negotiations were always collegial, cordial, and professional, there is no doubt that they were adversarial in nature, with both parties forcefully advocating the position of their respective clients. The parties then spent months negotiating the material terms of a class settlement, and then an several additional months finalizing the full settlement agreement.

32.    Plaintiffs, my Co-Counsel and I believe that the claims asserted in this case have merit. We acknowledge, however, the expense and length of continued proceedings necessary to prosecute the Litigation against Defendant through motion practice, including needing to survive the pending motion to dismiss, trial, and potential appeals. We have also taken into account the uncertain outcome and risk of further litigation, as well as the difficulties and delays inherent in such litigation.

33.    Further, this early resolution will allow Settlement Class Members to receive proper identity theft protections and compensation far sooner than if this case were to proceed through litigaiotn.

34.    It is the belief of Class Counsel, based on our extensive experience generally and investigation and research into this case in particular, that the Settlement is fair, reasonable, and adequate, and in the best interests of the Settlement Class. The benefits of the Settlement far outweigh the delay and considerable risk of proceeding to trial. The collective experience of me and my colleagues with experience on similar types of privacy and data protection practices

provided substantive knowledge on the subject to enable us to represent Plaintiffs' and Settlement Class Members' interests without expending hundreds of hours and substantial financial resources to come up to speed on the subject area or engaging in formal discovery.

35.     Plaintiffs have been personally involved in the case and support the Settlement. Plaintiffs strongly believes the settlement is favorable to the Settlement Class.

***Notice***

36. Class Counsel has worked to ensure that notice is the best practicable, and reasonably calculated to apprise interested parties of the action so that they may make a claim, state their objection, or exclude themselves from the settlement.

37. Class Counsel has selected Angeion Group ("Angeion") to function as Claims Administrator to provide Notice to the Class, handle distribution to Qualified Class Members, and perform other services required by the Settlement Agreement, including responding to Class Members' inquiries.

***Release***

38.     The release in this case is tailored to the claims that have been pleaded or could have been pleaded in this case. In exchange for the relief described in the Settlement Agreement, Class Members who do not opt-out of the Settlement will fully release SLT for all claims and causes of action pleaded or that could have been pleaded that are related in any way to the activities stemming from the Data Breach.

***Exclusions and Objections***

39.     The timing of the claims process is structured to ensure that all Class Members have adequate time to review the terms of the Settlement Agreement and decide whether they would like to opt-out or object.

40.     The timing with regard to objections and exclusions is structured to give Class Members sufficient time to review the Settlement documents—including Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards, which will be filed fourteen (14) days prior to the deadline for Class Members to object or exclude themselves from the Settlement.

41.     Any Class Member who opts out of the Settlement shall not be eligible to receive any Settlement Benefits under, and shall not be bound by the terms of, the Settlement Agreement or the Judgment. The Opt-Out Members shall also waive and forfeit any and all rights they may have to appear separately regarding and/or to object to the Settlement Agreement.

***Service Award, Fees, and Costs***

42.     The Parties did not discuss the payment of attorneys' fees, costs, expenses and/or service awards to Class Representatives until after the substantive terms of the settlement had been agreed upon, other than that Defendant would pay reasonable attorneys' fees, costs, expenses, and a service award to Class Representatives as may be agreed to by Defendant and proposed Class Counsel and/or as ordered by the Court.

43.     The Settlement Agreement calls for a reasonable service award to Class Representatives in the amount of $2,000 each, subject to approval of the Court. The Service Award is meant to recognize Plaintiffs for their efforts on behalf of the Class, including assisting in the investigation of the case, reviewing the pleadings, answering counsel's many questions, and reviewing the terms of the Settlement Agreement. The Class Representatives were not promised a service award, nor did they condition their representation on the expectation of a service award.

44.     Plaintiffs claims are aligned with those of the Settlement Class. They thus have every incentive to vigorously pursue the claims of the Settlement Class, as they have done so to date.

45.    Defendant has also agreed to pay, subject to Court approval, up to $183,333.33 (33% of the Settlement Fund) as payment for attorneys' fees, and up to $10,000 in reasonable litigation expenses.

46.    Proposed Class Counsel will submit a separate motion seeking attorneys' fees, costs, and Plaintiff's Service Awards 14-days prior to Class Members' deadline to exclude themselves from the Settlement Class or to object to the Settlement Agreement.

47.    I am not aware of any opposition to the Settlement. It is my opinion that the Settlement provides fair, adequate, and reasonable result for the Plaintiff and Class Members.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on February 14, 2025 in Chicago, Illinois.

*Gary M. Klinger*
Gary M. Klinger

# **<u>EXHIBIT A</u>**



# FIRM RESUME /

# BIOGRAPHY OF GARY M. KLINGER



Milberg Coleman Bryson Phillips Grossman ("Milberg") is an AV-rated international law firm with more than 100 attorneys and offices across the United States, the European Union, and South America. Combining decades of experience, Milberg was established through the merger of Milberg Phillips Grossman LLP, Sanders Phillips Grossman LLC, Greg Coleman Law PC, and Whitfield Bryson LLP.

Milberg prides itself on providing thoughtful and knowledgeable legal services to clients worldwide across multiple practice areas. The firm represents plaintiffs in the areas of antitrust, securities, financial fraud, consumer protection, automobile emissions claims, defective drugs and devices, environmental litigation, financial and insurance litigation, and cyber law and security.

For over 50 years, Milberg and its affiliates have been protecting victims' rights. We have recovered over $50 billion for our clients. Our attorneys possess a renowned depth of legal expertise, employ the highest ethical and legal standards, and pride ourselves on providing stellar service to our clients. We have repeatedly been recognized as leaders in the plaintiffs' bar and appointed to numerous leadership roles in prominent national mass torts and class actions.

> *Milberg challenges corporate wrongdoing through class action, mass tort, consumer and shareholder right services, both domestically and globally.*

In the United States, Milberg currently holds more than 100 court-appointed full- and co-leadership positions in state and federal courts across the country. Our firm has offices in California, Chicago, Florida, Georgia, Illinois, Kentucky, Louisiana, Mississippi, New Jersey, New York, North Carolina, South Carolina, Tennessee, Washington, Washington D.C., and Puerto Rico. Milberg's commitment to its clients reaches beyond the United States, litigating antitrust, securities, and consumer fraud actions in Europe and South America, with offices located in the United Kingdom, and the Netherlands. Milberg prides itself on providing excellent service worldwide.

The firm's lawyers have been regularly recognized as leaders in the plaintiffs' bar by the National Law Journal, Legal 500, Chambers USA, Time Magazine, Lawdragon, and Super Lawyers, among others.

> *"A powerhouse that compelled miscreant and recalcitrant businesses to pay billions of dollars to aggrieved shareholders and customers."*
> – THE NEW YORK TIMES

# PRACTICE AREAS

## SECURITIES FRAUD

Milberg pioneered the use of class action lawsuits to litigate claims involving investment products, securities, and the banking industry. Fifty years ago, the firm set the standard for case theories, organization, discovery, methods of settlement, and amounts recovered for clients. Milberg remains among the most influential securities litigators in the United States and internationally.

Milberg and its attorneys were appointed Lead Counsel and Co-Lead Counsel in hundreds of federal, state, and multidistrict litigation cases throughout its history.

## ANTITRUST & COMPETITION LAW

For over fifty years, Milberg's Antitrust Practice Group has prosecuted complex antitrust class actions against defendants in the healthcare, technology, agriculture, and manufacturing industries engaged in price-fixing, monopolization and other violations of antitrust law and trade restraints.

## FINANCIAL LITIGATION

For over fifty years, Milberg's Antitrust Practice Group has prosecuted complex antitrust class actions against defendants in the healthcare, technology, agriculture, and manufacturing industries engaged in price-fixing, monopolization and other violations of antitrust law and trade restraints.

## CONSUMER PROTECTION

Milberg's Consumer Protection Practice Group focuses on improving product safety and protecting those who have fallen victim to deceptive marketing and advertising of goods and services and/or purchased defective products. Milberg attorneys have served as Lead Counsel and Co-Lead Counsel in hundreds of federal, state, and multidistrict litigation cases alleging the sale of defective products, improper marketing of products, and violations of consumer protection statutes.

## DANGEROUS DRUGS & DEVICES

Milberg is a nationally renowned firm in mass torts, fighting some of the largest, wealthiest, and most influential pharmaceutical and device companies and corporate entities in the world. Our experienced team of attorneys has led or co-led numerous multidistrict litigations of defective drugs and medical devices.

## EMPLOYMENT & CIVIL RIGHTS

Milberg's Employment & Civil Rights attorneys focus on class actions and individual cases nationwide arising from discriminatory banking and housing practices, unpaid wages and sales commissions, improperly managed retirement benefits, workplace discrimination, and wrongful termination.

## ENVIRONMENTAL LITIGATION & TOXIC TORTS

Milberg's Environmental Litigation & Toxic Torts Practice Group focuses on representing clients in mass torts, class actions, multi-district litigation, regulatory enforcement, citizen suits, and other complex environmental and toxic tort matters. Milberg and its attorneys have held leadership roles in all facets of litigation in coordinated proceedings, with a particular focus on developing the building blocks to establish general causation, which is often the most difficult obstacle in an environmental or toxic tort case.

## STATE & LOCAL GOVERNMENTS

Milberg attorneys are dedicated to defending the Constitutional and statutory rights of individuals and businesses that are subjected to unlawful government exactions and fees by state and local governments or bodies.

## CYBERSECURITY & DATA PRIVACY

Milberg is a leader in the fields of cyber security, data breach litigation, and biometric data collection, litigating on behalf of clients — both large and small — to change data security practices so that large corporations respect and safeguard consumers' personal data.

## APPELLATE

Consisting of former appellate judges, experienced appellate advocates, and former law clerks who understand how best to present compelling arguments to judges on appeal and secure justice for our clients beyond the trial courts, Milberg's Appellate Practice Group boasts an impressive record of success on appeal in both state and federal courts.

# LEADERSHIP ROLES

In re: Google Play Consumer Antitrust Litigation

In re: Elmiron (Pentosan Polysulfate Sodium) Products Liability Litigation

In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices & Products Liability Litigation

In re: Blackbaud Inc., Customer Data Breach Litigation

In re: Paragard IUD Products Liability Litigation

In re: Seresto Flea & Tick Collar, Marketing Sales Practices & Product Liability Litigation

In re: All-Clad Metalcrafters, LLC, Cookware Marketing and Sales Practices Litigation

In re: Allergan Biocell Textured Breast Implant Products Liability Litigation

In re: Zicam Cold Remedy Marketing, Sales Practices and Products Liability Litigation

In re: Guidant Corp. Implantable Defibrillators Product Liability Litigation

In re: Ortho Evra Products Liability Litigation

In re: Yasmin and YAZ (Drospirenone) Marketing, Sales Practices and Products Liability Litigation

In re: Kugel Mesh Hernia Patch Products Liability Litigation

In re: Medtronic, Inc. Sprint Fidelis Leads Products Liability Litigation

In re: Stand 'N Seal Products Liability Litigation

In re: Chantix (Varenicline) Products Liability Litigation

In re: Fosamax (alendronate Sodium) Products Liability Litigation

In re: Benicar (Olmesartan) Products Liability Litigation

In re: Onglyza (Saxagliptin) & Kombiglyze Xr (Saxagliptin & Metformin) Products Liability Litigation

In re: Risperdal and Invega Product Liability Cases

In re: Mirena IUS Levonorgestrel-Related Products Liability Litigation

In re: Incretin-based Therapies Product Liability Litigation

In re: Reglan/Metoclopromide

In re: Levaquin Products Liability Litigation

In re: Zimmer Nexgen Knee Implant Products Liability Litigation

In re: Fresenius Granuflo/NaturaLyte Dialysate Products Liability Litigation

In re: Propecia (Finasteride) Products Liability Litigation

In re: Transvaginal Mesh (In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation; In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation; In Re Boston Scientific, Inc., Pelvic Repair System Products Liability; In Re American Medical Systems, Pelvic Repair System Products Liability, and others)

In re: Fluoroquinolone Product Liability Litigation

In re: Depuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation

In re: Recalled Abbott Infant Formula Products Liability Litigation

Home Depot, U.S.A., Inc. v. Jackson

Webb v. Injured Workers Pharmacy, LLC

# NOTABLE RECOVERIES

### $4 Billion Settlement

In re: Prudential Insurance Co. Sales Practice Litigation

### $3.2 Billion Settlement

In re: Tyco International Ltd., Securities Litigation

### $1.14 Billion Settlement

In Re: Nortel Networks Corp. Securities Litigation

### $1 Billion-plus Trial Verdict

Vivendi Universal, S.A. Securities Litigation

### $1 Billion Settlement

NASDAQ Market-Makers Antitrust Litigation

### $1 Billion Settlement

W.R. Grace & Co.

### $1 Billion-plus Settlement

Merck & Co., Inc. Securities Litigation

### $775 Million Settlement

Washington Public Power Supply System Securities Litigation

### $586 Million Settlement

In re: Initial Public Offering Securities Litigation

# GARY M. KLINGER

**Gary M. Klinger** is a Senior Partner at Milberg and Chair of its Cybersecurity and Data Privacy Practice Group. Mr. Klinger is recognized as one of the most respected data privacy attorneys in the United States, having been ranked by Chambers and Partners as Band 3 for Privacy & Data Security Litigation (2024)[1] and having been selected to Lawdragon's 500 Leading Litigators in America for his accomplishments in privacy litigation (2024).[2] Law360 recently highlighted Mr. Klinger's work in the privacy space.[3]

Mr. Klinger has extensive experience serving as leadership in numerous privacy class actions, including as lead or co-lead counsel in the largest data breaches in the country.[4] Mr. Klinger and his firm are largely responsible for developing the favorable case law that many plaintiffs rely on in the data breach space.[5] Mr. Klinger has also successfully litigated privacy class actions through class certification. *E.g., Karpilovsky v. All Web Leads, Inc.*, No. 17 C 1307, 2018 WL 3108884, at *1 (N.D. Ill. 2018).

Over the past 3 years, Mr. Klinger has settled on a classwide basis more than one hundred (100) class actions involving privacy violations, the majority of which are data breaches, in state and federal courts across the country as lead or co-lead counsel. To his knowledge, no other attorney in the country has settled and won court approval of more data breach class actions during this period. Representative cases include:

- *Parris, et al., v. Meta Platforms, Inc.*, Case No.2023LA000672 (18th Cir. DuPage Cty., Ill.) (where Mr. Klinger serves as lead counsel and obtained a settlement of $64.5 million for 4 million consumers in a privacy class action);

- *Boone v. Snap, Inc.*, Case No. 2022LA000708 (18th Cir. DuPage Cty., Ill.) (where Mr. Klinger served as lead counsel and obtained a settlement of $35 million for 3 million consumers in a privacy class action);

- *In re: East Palestine Train Derailment*, No. 23-cv-00242 (N.D. Ohio) (where Mr. Klinger serves on the leadership team that obtained a settlement of $600 million in a complex class action).

---

[1] Only three plaintiffs' lawyers in the country received the distinction of being ranked by Chambers and Partners for Privacy & Data Security Litigation.

[2] *See* https://chambers.com/lawyer/gary-klinger-usa-5:26875006; https://www.lawdragon.com/guides/2023-09-08-the-2024-lawdragon-500-leading-litigators-in-america.

[3] https://www.law360.com/articles/1854005/rising-star-milberg-s-gary-klinger.

[4] See, e.g., *Isiah v. LoanDepot, Inc.*, 8:24-cv-00136-DOC-JDE (C.D. Cal.) (where Mr. Klinger is co-lead counsel in a data breach involving more than 17 million consumers); *In re MoveIt Customer Data Security Breach Litigation*, 1:23-md-03083 (D. Mass.) (where Mr. Klinger was appointed to the leadership committee in multi-district litigation involving a data breach that impacted more than 95 million consumers).

[5] *See e.g., Webb v. Injured Workers Pharmacy, LLC*, 72 F.4th 365 (1st Cir. 2023) (Milberg attorneys obtained a decision from the First Circuit reversing the dismissal with prejudice of a data breach case and finding Article III standing); *In re Arthur J. Gallagher Data Breach Litig.*, 631 F. Supp. 3d 573, 586 (N.D. Ill. 2022) (Milberg attorneys largely defeated a motion to dismiss in a data breach case involving 3 million consumers); *In re Blackbaud, Inc., Customer Data Breach Litig.*, No. 3:20-MN-02972-JMC, 2021 WL 2718439, at *1 (D.S.C. July 1, 2021) (Milberg attorneys defeated a standing challenge in a 10 million person data breach case).

# LOCATIONS

### PUERTO RICO
1311 Avenida Juan Ponce de León
San Juan, Puerto Rico 00907

### CALIFORNIA
280 South Beverly Drive, Penthouse
Beverly Hills, California 90212

402 West Broadway, Suite 1760
San Diego, California 92101

### FLORIDA
201 Sevilla Avenue, Suite 200,
Coral Gables, Florida 33134

3833 Central Avenue
St. Petersburg, Florida 33713

### ILLINOIS
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606

### LOUISIANA
5301 Canal Boulevard
New Orleans, Louisiana 70124

### MICHIGAN
6905 Telegraph Road, Suite 115
Bloomfield Hills, Michigan 48301

### NEW JERSEY
1 Bridge Plaza North, Suite 675
Fort Lee, New Jersey 07024

### NEW YORK
100 Garden City Plaza, Suite 500
Garden City, New York 11530

405 E 50th Street
New York, New York 10022

### NORTH CAROLINA
900 West Morgan Street
Raleigh, North Carolina 27603

5 West Hargett Street, Suite 812
Raleigh, North Carolina 27601

### SOUTH CAROLINA
825 Lowcountry Blvd, Suite 101
Mount Pleasant, South Carolina 29464

### TENNESSEE
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929

### WASHINGTON
1420 Fifth Ave, Suite 2200
Seattle, Washington 98101

17410 133rd Avenue, Suite 301
Woodinville, Washington 98072

### WASHINGTON, D.C.
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015

### NETHERLANDS

### UNITED KINGDOM



**GARY M. KLINGER**

**2020-2024 LIST OF APPOINTMENTS ON DATA PRIVACY CASES**

1.  *Kenney et al. v. Centerstone of America, Inc*., Case No. 3:20-cv-01007 (M.D. Tenn.) (appointed co-class counsel in data breach class action settlement involving over 63,000 class members; final approval granted Aug. 2021);

2.  *Baksh v. Ivy Rehab Network, Inc*., Case No. 7:20-cv-01845-CS (S.D.N.Y.) (class counsel in a data breach class action settlement; final approval granted Feb. 2021);

3.  *Mowery et al. v. Saint Francis Healthcare System*, Case No. 1:20-cv-00013-SRC (E.D. Mo.) (appointed class counsel; final approval granted Dec. 2020);

4.  *Chatelain et al. v. C, L and W PLLC d/b/a Affordacare Urgent Care Clinics*, Case No. 50742-A (42nd District Ct., Taylor Cnty., Tex.) (appointed class counsel; settlement valued at over $7 million; final approval granted Feb. 2021);

5.  *Jackson-Battle v. Navicent Health, Inc.,* Case No. 2020-CV-072287 (Super. Ct. of Bibb Cnty., Ga.) (appointed class counsel in data breach case involving 360,000 patients; final approval granted Aug. 2021);

6.  *Bailey v. Grays Harbor County Public Hospital District et al*., Case No. 20-2- 00217-14 (Grays Harbor Cnty. Super. Ct., Wash.) (appointed class counsel in hospital data breach class action involving approximately 88,000 people; final approval granted Sept. 2020);

7.  *Richardson v. Overlake Hospital Medical Center et al*., Case No. 20-2-07460-8 SEA (King Cnty. Super. Ct., Wash.) (appointed class counsel in data breach case, final approval granted September 2021);

8.  *Klemm et al. v. Maryland Health Enterprises Inc*., Case No. C-03-CV-20-022899 (Cir. Crt. Baltimore Cnty., Md.) (appointed class counsel; final approval granted November 2021);

9.  *In re: GE/CBPS Data Breach Litigation*, Case No. 1:2020-cv-02903 (S.D.N.Y.) (appointed co-lead counsel in nationwide class action);

10. *Nelson, et al. v. Idaho Central Credit Union*, Case No. CV03-20-00831 (Bannock Cnty., Id.) (appointed co-lead counsel in data breach class action involving 17,000 class members; granted final approval of settlement valued at $3.3 million);

11. *In Re: Canon U.S.A. Data Breach Litigation*, Case No. 1:20-cv-06239- AMD-SJB (E.D.N.Y.) (appointed co-lead counsel, final approval granted );

12. *Redman et al v. Illinois Bone and Joint Institute, LLC d/b/a Illinois Bone and Joint*, Case No. 2024CH08333 (appointed Interim Co-Lead Class Counsel);

13.   *Suren et al. v. DSV Solutions, LLC*, Case No. 2021CH000037 (Ill. 18th Jud. Cir. Ct., DuPage Cnty.) (appointed Settlement Class Counsel, final approval granted Sept. 267, 2021);

14.   *Chacon v. Nebraska Medicine*, Case No. 8:21-cv-00070-RFR-CRZ (D. Neb.) (appointed class counsel in data breach settlement, final approval granted Sept. 2021);

15.   *Aguallo et al v. Kemper Corporation et al.*, Case No. 1:21-cv-01883 (N.D. Ill.) (appointed Co-lead Counsel, final approval granted of $17.1 million class settlement);

16.   *In re: Herff Jones Data Breach Litigation*, Case No. 1:21-cv-1329-TWP- DLP (S.D. Ind.) (appointed co-lead counsel in data breach involving over 1 million persons; preliminary approval of $4.35 million settlement granted Jan. 2022);

17.   *In Re: CaptureRx Data Breach Litigation*, Case No. 5:21-cv-00523-OLG (W.D. Tex.) (appointed co- lead counsel in data breach case involving over 2.4 million class members; preliminary approval of $4.75 million settlement granted Feb. 2022);

18.   *In re Arthur J. Gallagher Data Breach Litigation*, Case No. 1:21-cv-04056 (N.D. Ill.) (appointed co- lead counsel in data breach case involving over 3 million class members);

19.   *Heath v. Insurance Technologies Corp.*, Case No. 21-cv-01444 (N.D. Tex.) ($11 million settlement for a major data breach involving more than 4 million consumers);

20.   *Hough v. Navistar, Inc.*, Case No.: 2021L001161 (Ill. 18th Jud. Cir. Ct., DuPage Cnty.); (appointed co-lead class counsel; final approval granted May 2022);

21.   *Clark v. Mercy Hospital, et al*, Case No. CVCV082275 (Iowa Dist. Ct, Johnson Cnty.) (appointed class counsel; final approval granted July 2022);

22.   *Myschka, et al v. Wolfe Clinic, P.C. d/b/a Wolfe Eye Clinic*, Case No. CVCI011151 (Iowa Dist. Ct., Marshall Cnty.) (appointed class counsel; final approval granted June 2022);

23.   *Devine, et al v Health Aid of Ohio, Inc.,* Case No. CV-21-948117 (Ct. of Common Pleas, Cuyahoga Cnty., Ohio) (appointed class counsel; final approval granted September 2022);

24.   *Davidson v. Healthgrades Operating Company, Inc.,* Case No. 1:21-cv-01250- RBJ (D. Colo.), (appointed class counsel; final approval granted August 2022);

25.   *Bodie v. Capitol Wholesale Meats, Inc.*, Case No. 2022CH000020 (Ill. 18th Jud. Cir. Ct., DuPage Cnty.) (appointed class counsel; final approval granted March 2022);

26.   *Culp v. Bella Elevator LLC*, Case No. 2021-CH-00014 (Ill. 10th Jud. Cir. Ct., Peoria Cnty.)

(appointed class counsel; final approval granted May 2022);

27.   *Cain, et al. v. OSF Healthcare*, Case No. 21-L-00231 (Ill. 10th Jud. Cir. Ct., Peoria Cnty.) (appointed settlement class counsel; final approval granted January 2023);

28.   *Nelson, et al. v. Bansley & Kiener*, Case No. 2021-CH-06274 (Ill. Cir. Ct., Cook Cnty.) (appointed class counsel; final approval granted November 2022);

29.   *Steen v. The New London Hospital Association, Inc.,* Case No. 217-2021-CV-00281 (Merrimack Super. Ct., N.H.) (appointed class counsel; final approval granted January 2023);

30.   *Summers II v. Sea Mar Community Health Ctrs.*, Case No. 22-2-00773-7 SEA (King Cnty. Super. Ct., Wash.) (appointed class counsel; final approval granted December 2022);

31.   *In re Forefront Data Breach Litigation*, Master File No. 1:21-cv-00887-LA (E.D. Wis.) (appointed settlement class counsel; final approval granted March 2023);

32.   *Engle v. Talbert House*, Case No.: A2103650 (Crt. of Common Pleas, Hamilton Cnty., Ohio) (appointed class counsel; final approval granted February 2023);

33.   *Henderson et al. v. San Juan Regional Medical Center*, Case No. D-1116-CV- 2021-01043 (11th Jud. Dist. Ct., San Juan Cnty., N.M.) (appointed class counsel; final approval granted March 2023);

34.   *Cathy Shedd v. Sturdy Memorial Hospital*, *Inc.*, Civ. Action No: 2173 CV 00498 (Mass. Super. Ct.) (appointed class counsel; final approval granted February 2023);

35.   *Hawkins et al. v. Startek, Inc.*, Case No. 1:22-cv-00258-RMR-NRN (D. Colo.) (appointed class counsel; final approval granted April 2023);

36.   *McHenry v. Advent Health Partners, Inc.*, Case No. 3:22-cv-00287 (M.D. Tenn.) (appointed settlement class counsel; final approval granted April 2023);

37.   *Beasley et al. v. TTEC Services Corporation*, Case No. 1:22-cv-00097-PAB-STV (D. Colo.) (appointed class counsel; preliminary approval granted May 2023);

38.   *Boyd v. Public Employees Credit Union*, Case No. 1:22-cv-00825-LY (W.D. Tex.) (appointed class counsel; final approval granted June 9, 2023);

39.   *Charlie et al. v. Rehoboth McKinley Christian Healthcare Services*, Case No. 1:21-00652-SCY-KK (D.N.M.) (appointed class counsel; final approval granted July 2023);

40.   *Sharma et al. v. Accutech Systems Corporation*, Case No. 18C02-2210-CT-000135 (Del. Cir. Ct., Del. Cnty., Ind.) (appointed class counsel; final approval granted November 2023);

41.   *Simmons et al. v. Assistcare Home Health Services, LLC*, Index No. 511490/2021 (N.Y. Supr. Ct., Kings Cnty.) (appointed settlement class counsel; final approval granted August 2023);

42.   *Bailey et al. v. Alacrity Solutions Group, LLC,* Case No. 29D03-2204-PL-002383 (Ind. Super. Ct., Hamilton Cnty.) (appointed class counsel; final approval granted June 2023);

43.   *Retsky et al. v. Super Care, Inc d/b/a/ Supercare Health*, Case No. 22STCV16267 (CA Superior Ct., Los Angeles Cnty.) (appointed class counsel; final approval granted August 2023);

44.   *In re Medical Review Institute of America, LLC, Data Breach Litigation*, Case No. 2:22-cv-0082-DAK-DAO (D. Utah) (appointed co-lead class counsel; final approval granted August 2023);

45.   *Colon v. Creative Ventures Inc.*, Case No. 2023LA000177 (Ill. 18th Jud. Cir. Ct., DuPage Cnty.) (appointed settlement class counsel; final approval granted September 2023);

46.   *Jones v. Horizon House, Inc*., Case No. 01767, Control No. 23030116 (Ct. of Common Pleas, Philadelphia Cnty., 1st Jud. Dist., Pa.) (appointed class counsel; final approval granted Nov. 20, 2023);

47.   *Keefe, et al v. Froedtert Health, Inc*., Case No. 2023CV001935 (Cir. Ct. of Wisc., Milwaukee Cnty.) (appointed settlement class counsel; final approval granted September 29, 2023);

48.   *Reynolds, et al v. Marymount Manhattan College,* Case No. 1:22-cv-06846 (S.D.N.Y.) (appointed settlement class counsel; final approval granted October 20, 2023);

49.   *Borre v. O'Hare Towing Systems, Inc.*, Case No. 2020-CH-02865 (Ill. Circ. Ct., Cook Cnty.) (appointed settlement class counsel; final approval granted 10/25/2023);

50.   *In re: Novant Health, Inc.*, Case No. 1:22-cv-00697 (M.D.N.C.) (appointed class counsel; final approval granted June 6, 2024);

51.   *Lukis, et al v. OnePlus USA Corp.,* Case No. 2023LA000573 (Ill. 18th Jud. Cir. Ct., DuPage Cnty.) (appointed class counsel; final approval granted February 21, 2024);

52.   *Charitat v. Pape-Dawson Engineers, Inc.,* Case No. 2022C121570 (438th Jud. Dist. Ct. of Tex., Bexar Cnty.) (appointed class counsel; final approval granted Nov. 13, 2023);

53.   *Cline, et al v. Inline Network Integration LLC*, Case No. 2023LA000402 (Ill. 18th Jud. Cir. Ct., DuPage Cnty.) (appointed class counsel; final approval granted Dec. 13, 2023;

54.   *Czarnionka v. The Epoch Times Association, Inc.*, Case No. 1:22-cv-06348-AKH (S.D.N.Y.) (appointed class counsel; preliminary approval granted Jan. 22, 2024);

55.   *Sherwood, et al v. Horizon Actuarial Services, LLC,* Case No. 1:22-cv-01495-ELR (N.D. Ga.) (appointed class counsel; final approval granted April 2, 2024);

56.   *Prevost, et al v. Roper St. Francis Healthcare*, Case No. 2021-CP-10-01754 (9th Jud. Cir. Ct. of S.C., Ct. of Common Pleas) (appointed co-class counsel; final approval granted May 2, 2024);

57.   *Perry v. Bay & Bay Transportation Services*, Case No. 22-973-JRT/ECW (D. Minn.) (appointed class counsel; final approval granted Jan. 23, 2024);

58.   *In re C.R. England, Inc. Data Breach Litigation*, Case No. 2:22-cv-374-DAK-JCB (D. Utah) (appointed class counsel; final approval granted March 18, 2024);

59.   *Hoover v. Camping World Group, LLC, et al*, Case No. 2023LA000372 (Ill. 18th Jud. Cir. Ct., DuPage Cnty.) (appointed class counsel; final approval granted May 23, 2024);

60.   *Guy v. Convergent Outsourcing, Inc.*, Case No. C22-1558-MJP (W.D. Wash.) (appointed class counsel; preliminary approval granted Feb. 20, 2024);

61.   *Farley, et al v. Eye Care Leaders Holdings, LLC*, Case No. 1:22-cv-468 (M.D.N.C.) (appointed class counsel; final approval granted June 27, 2024);

62.   *Parris, et al v. Meta Platforms, Inc.*, Case No. 2023LA000672 (Ill. 18th Jud. Cir. Ct., DuPage Cnty.) (appointed class counsel; final approval granted March 7, 2024);

63.   *Kaether, Scott v. Metropolitan Area EMS Auth. d/b/a MedStar Mobile Healthcare*, Cause No. 342-339562-23 (342nd Jud. Ct., Tarrant Cty. of Tex.) (appointed class counsel; final approval granted March 22, 2024);

64.   *Medina, et al v. PracticeMax Inc.*, Case No. CV-22-01261-PHX-DLR (D. Ariz.) (appointed class counsel; final approval granted March 14, 2024);

65.   *Julien, et al v. Cash Express, LLC*, Case No. 2022-CV-221 (Tenn. Cir. Ct., Putnam Cnty.) (appointed class counsel; final approval granted Nov. 9, 2023);

66.   *Forslund, et al v. R. R. Donnelley & Sons Co.*, Case No. 1:22-cv-04260-JJT (N.D. Ill.) (appointed class counsel; final approval granted March 15, 2024);

67.   *Stauber v. Sudler Property Management,* Case No. 2023LA000411 (Ill. 18th Jud. Cir. Ct., DuPage Cnty.) (appointed class counsel; final approval granted January 22, 2024);

68.   *Aragon v. Weil Foot and Ankle Institute, LLC*, Case No. 2021-CH-01437 (Ill. Circ. Ct., Cook Cnty.) (appointed class counsel; finL approval granted May 13, 2024);

69.   *In Re Wright & Filippis, LLC Data Security Breach Litigation*, Case No. 2:22-cv-12908-

SFC (E.D. Mich.) (appointed class counsel; final approval granted June 20, 2024);

70.   *Doe, et al v. Knox College*, Case No. 2023LA9, (Ill. 9ᵗʰ Jud. Ct., Knox Cnty..) (appointed class counsel; final approval granted Jan. 19, 2024);

71.   *In Re Afni, Inc. Data Breach Litigation*, Case No. 1:22-cv-01287-JES-JEH (C.D. Ill.) (appointed class counsel; final approval granted Sept. 26, 2023);

72.   *In Re Central Indiana Orthopedics Data Incident Litig.*, Cause No. 18C03-2203-PL-000026 (Ind. Cir. Ct., Delaware Cnty.) (appointed class counsel; final approval granted Aug. 18, 2023);

73.   *Viruet v. Comm. Surgical Supply, Inc.,* Case No. OCN L-001215-23 (N.J. Sup. Ct., Ocean Cnty.) (appointed co-class counsel; final approval granted Nov. 17, 2023);

74.   *K.B, et al v. East Tenn. Children's Hosp. Assoc., Inc.*, Case No. C2LA0081 (Tenn. Cir. Ct., Clinton Cnty.) (appointed co-class counsel; final approval granted December 19, 2023);

75.   *Johnson v. Filtration Group LLC*, Case No. 2020-CH-00138 (Ill. Circ. Ct., Cook Cnty.) (appointed class counsel; final approval granted Dec. 22, 2023);

76.   *Richardson, et al v. Gershman Investment Corp.*, Case No. 22SL-CC03085 (Mo. Circ. Ct., St. Louis Cnty.) (appointed class counsel; final approval granted Nov. 6, 2023);

77.   *McNicholas v. Ill. Gastroenterology Group, PLLC*, Case No. 22LA00000173 (Ill. 19ᵗʰ Jud. Cir. Ct., Lake Cnty.) (appointed class counsel; final approval granted June 23, 2023);

78.   *Vandermark v. Mason Tenders' Distr. Counsil Welfare Fund, et al*, Index No. 15336/2023 (N.Y. Supr. Ct., N.Y. Cnty.) (appointed class counsel; final approval granted Oct. 11, 2023);

79.   *Lhota, et al v. Mich. Ave. Immediate Care, S.C.*, Case No. 2022-CH-06616 (Ill. Cir. Ct., Cook Cnty.) (appointed class counsel; final approval granted Aug. 15, 2023);

80.   *Young, et al v. Military Advantage, Inc., et al*, Case No. 2023LA00535 (Ill. 18th Jud. Cir. Ct., DuPage Cnty.) (appointed class counsel; final approval granted Nov. 2023);

81.   *In re Advocate Aurora Health Pixel Litigation*, Case No. 2:22-cv-01253-JPS (ED WI) (appointed class counsel, final approval granted July 10, 2024);

82.   *Edri v. Brooklyn Premier Orthopedics and Pain Management PLLC d/b/a Brooklyn Premier Orthopedics,* Case No. 1:23-cv-07943-HG (E.D.N.Y.) (appointed class counsel);

83.   *Oche v. National Math & Science Initiative*, Index No. 510959/2023 (N.Y. Supr. Ct, Kings Cnty.) (appointed class counsel; final approval granted June 12, 2024);

84.   *Baker, et al v. SLT Lending SPV, Inc., d/b/a SUR La Table,* Case No. 2:23-cv-00190-PPS-

JEM (N.D. Ind.) (appointed interim lead counsel);

85.   *Green v. EmergeOrtho, P.A.,* Case No. 22CVS3533 (N.C. Super. Ct., Durham Cnty.) (appointed class counsel; preliminary approval granted Feb. 23, 2024);

86.   *Hamilton v. Forward Bank, et al*, Case No. 3:23-cv-00844 (W.D. Wis.) (appointed Settlement Class Counsel; preliminary approval granted September 10, 2024);

87.   *In re Retina Group of Washington Data Security Incident Litig.,* Case No. 8:24-cv-00004-TDC (D. Md.) (appointed Interim Co-Lead Counsel);

88.   *Trottier, et al v. Sysco Corporation,* Case No. 4:23-cv-01818 (S.D. Tex.) (appointed Interim Co-Lead Counsel);

89.   *In Re: PostMeds Inc. Data Breach Litigation,* Case No. 4:23-cv-05710-HSG (N.D. Cal.) (appointed Co-Lead Class Counsel);

90.   *In Re Tenet Healthcare Corp. Data Breach Litigation*, Cause No. DC-22-07513 (193rd Jud. Ct. of Tex., Dallas Cnty.) (appointed class counsel; final approval granted June 5, 2024);

91.   *Bracy, et al v. Americold Logistics, LLC.,* Case No. 1:23-cv-05743-TWT (N.D. Ga.) (appointed Co-Lead Counsel);

92.   *Moure v. DialAmerica Marketing, Inc.,* Case No. 3:22-cv-00625-OAW (D. Conn.) (appointed class counsel; preliminary approval granted Apr. 1, 2024);

93.   *Brim v. Prestige Care, Inc.,* Case No. 3:24-cv-05133-BHS (W.D. Wash.) (appointed class counsel);

94.   *Drugich, et al v. McLaren Health Care Corporation,* Case No. 2:23-cv-12520-MFL-CI (E.D. Mich.) (appointed class counsel);

95.   *Kimber, et al v. Cook County Health and Hospitals System, et al,* Case No. 2023CH09293 (Ill. Cir. Ct, Cook Cty) (appointed co-lead counsel);

96.   *Doe v. Lima Memorial Hospital, et al.,* Case No. CV2022 0490 (Crt. of Common Pleas, Allen Cnty., Ohio) (appointed Class Counsel; preliminary approval granted Apr. 11, 2024);

97.   *Mikulecky, et al v. Lutheran Social Services of Illinois,* Case No. 2023-CH-00895 (Cir. Ct., Cook Cnty., Il.) (appointed Class Counsel; preliminary approval granted Apr. 17, 2024);

98.   *Kidd v. Lifescan Labs of Illinois, LLC*, Case No. 2023LA44 (Cir. Ct., Whiteside Cnty., Ill.) (appointed Class Counsel; preliminary approval granted Apr. 22, 2024);

99.   *Rentschler, et al v. Atlantic General Hospital Corporation,* Case No. 1:23-cv-01005-JRR (D. Md.) (appointed Class Counsel; preliminary approval granted Apr. 25, 2024);

100.    *Fazenbaker, et al v. Community Health Care, Inc., d/b/a CompleteCare Health Network*, Case No. CUM-L-000036-24 (N.J. Super. Ct, Cumberland Cty) (appointed Interim co-Lead Class Counsel);

101.    *Cabezas, et al v. Mr. Cooper Group, Inc.,* Case No. 3:23-cv-02453-n (N.D. Tex.) (appointed Interim Co-Lead Class Counsel);

102.    *In re loanDepot Data Breach Litig.*, Case No. 8:24-cv-00136-DOC-JDEx (C.D. Cal.) (appointed Interim Co-Lead Class Counsel);

103.    *In re Golden Corral Data Breach Litig.,* Case No. 5:24-cv-00123-M-BM (E.D.N.C.) (appointed Interim Lead Class Counsel);

104.    *Rehmsmeyer, et al v. Premium Mortgage Corporation,* Index No. E2024001652 (N.Y. Supreme Court, Monroe Cty.) (appointed Interim Co-Lead Counsel);

105.    *Stinson, et al v. YUM! Brands, Inc.,* Case No. 3:23-cv-00183-DJH-LLK (W.D.K.Y.) (Appointed Interim Class Counsel);

106.    *Harrell v. WebTPA Employer Services, LLC,* Case No. 3:24-cv-01158-L (N.D. Tex.)(appointed Interim Class Counsel);

107.    *In Re Onix Group, LLC Data Breach Litigation,* Case No. 2:23-cv-02288-KSM (E.D. Pa.) (appointed Class Counsel);

108.    *Maroulis, et al v. Cooper Clinic, P.A., et al,* Case No. DC-24-00843 (44th Jud. Ct. of Tex., Dallas Cnty.) (Appointed Interim Co-Lead Counsel);

109.    *Hulewat v. Medical Management Resource Group LLC,* Case No. CV-24-00377-PHX-DJH (D. Ariz.) (Appointed Interim Co-Lead Counsel);

110.    *Spann v. Superior Air-Ground Ambulance Service, Inc.*, Case No. 1:24-cv-04704 (N.D. Ill.) (Appointed Interim Co-Lead Counsel);

111.    *Garza, et al v. HealthAlliance, Inc. d/b/a HealthAlliance Hospital, et al*, Index No. 72450/2023 (N.Y. Sup. Ct., Westchester Cnty.) (appointed Class Counsel; final approval granted December 5, 2024);

112.    *Wilson v. Frontier Communications Parent, Inc.,* Case No. 3:24-cv-01418-L (N.D. Tex.) (Appointed Interim Class Counsel);

113.    *Glebiv, et al v. Midwest Gaming & Entertainment, LLC.*, Case No. 1:23-cv-16225 (N.D. Ill.) (Appointed Co-Lead Counsel);

114.    *In Re: Advance Stores Company, Incorporated, Data Breach Litigation,* Case No. 5:24-cv-00352-M (E.D. Va.) (appointed Interim Class Counsel);

115.  *In re HealthEquity, Inc. Data Security Incident Litigation*, Case No. 2:24-cv-00528 (D. Utah) (appointed interim class counsel);

116.  *Brink v. Sysinformation Healthcare Services, LLC d/b/a EqualizerCM and 1ˢᵗ Credentialing,* Case No. 1:24-cv-00501 (W.D. Tex.) (appointed Interim Class Counsel);

117.  *In re Trionfo Solutions, LLC Data Breach Litig.*, Case No. 1:24-cv-04547 (D. Ill.) (appointed interim co-lead class counsel);

118.  *In Re Kootenai Health, Inc. Data Breach Litig.*, Case No. 2:24-cv-00205 (D. Idaho) (appointed interim co-lead class counsel);

119.  *Cruz-Bermudez, et al. v. Henry Schein, Inc.*, Case No. 2:24-cv-00387-BMC (E.D. NY) (appointed interim co-lead class counsel);

120.  *Okonski, et al. v. Progressive Casualty Ins. Co.*, Case No. 1:23-cv-01548-PAG (N.D. OH) (appointed interim co-lead class counsel);

121.  *Ocampo v. LifeBridge Health, Inc.*, Case No. C-03-CV-23-001095 (Md. Cir. Ct., Baltimore Cty.) (appointed interim co-lead class counsel);

122.  *In Re Arthur J. Gallager Data Breach Litigation*, Case No. 1:22-cv-00137 (N.D. IL) (appointed interim co-lead class counsel);

123.  *Jeremy Hufstetler, et al. v. Upstream Rehabilitation, Inc., et al.*, Case No. 01-cv-2024-902563.00 (AL Cir. Ct., Jefferson Cty.) (appointed interim co-lead class counsel);

124.  *McNally, et al v. InfoSys McCamish Systems, LLC*, Case No. 1:24-cv-00995-JPB (N.D. Ga.) (appointed Interim Co-Lead Counsel)

125.  *In re Mondelez Data Breach Litigation*, Case No. 1:23-cv-03999 (N.D. Ill.) (appointed Interim Co-Lead Counsel);

126.  *Hulse, et al v. Acadian Ambulance Service, Inc.*, Case No. 6:24-cv-01011-DCJ-CBW (W.D. La.) (appointed Interim Co-Lead Counsel);

127.  *In Re Philadelphia Inquirer Data Security Litigation*, Case No. 2:24-cv-02106-KSM (E.D. Pa.) (appointed Class Counsel);

128.  *Voelker, et al v. Enroll Confidently, Inc.,* Case No. 2:24-cv-01886 (D. Ariz.) (appointed Co-Lead Interim Class Counsel);

129.  *In Re: Group Health Plan Litigation,* Case No. 0:23-cv-00267-JWB-DJF (D. Minn) (appointed Settlement Class Counsel; final approval granted November 5, 2024);

130.  *In re: Morrison Community Hospital Data Breach Litigation*, Case No. 2023-CH-19 (14ᵗʰ Jud. Cir. Ct. IL, Whiteside Cnty.) (appointed Co-Lead Class Counsel);

131.  *Skillings, et al v. Access Sports Medicine and Orthopaedics, PLLC*, Case No. 218-2024-

CV-01086 (appointed Interim Co-Lead Class Counsel).

132. *Fernandez v. AUS, Inc.*, Case No. BUR-L-000674-24 (NJ Superior Crt., Burlington Cnty.) (appointed interim Settlement Class Counsel);

133. *In re: Gateway Rehabilitation Center, Data Breach Litigation*, Case No. GD-22-14713 (Crt. Common Pleas, Allegheny Cnty. PA) (appointed Co-Class Counsel);

134. *Spann, et al. v. Superior Air-Ground Ambulance Service, Inc.*, Case No. 1:24-cv-04704 (USDC Northern Dist. IL) (appointed Co-Class Counsel);

135. *Getzinger, et al. v. Kemper Sports Management LLC*, Case No. 1:24-cv-08503 (USDC Northern Dist. IL) (appointed to Plaintiffs' Executive Committee);

136. *Doe, et al. v. HSCGP, LLC*, Case No. 23C2513 (Cir. Crt. 20th Jud. Dist., Davidson County, TN) (appointed Co-Lead Class Counsel);

137. *Byers et al v. OrthoAlaska, LLC*, Case No. 3:23-cv-00242-SLG (D. Alaska) (appointed Settlement Class Counsel);

138. *Alexander et al v. Summit Pathology Laboratories, Inc. D/b/a Summit Pathology*, Case No. 1:24-cv-02939 (D. Co.) (appointed Interim Co-Lead Class Counsel);

139. *In re Gryphon Healthcare LLC Data Breach Litigatio*n, Case No. 4:24-cv-3946 (S.D. Tex.) (appointed Interim Co-Lead Class Counsel);